UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AGRON MITCHELL SIMPSON,<br><br>Defendant. | Criminal No. 3:00-cr-00246 |

### DEFENDANT'S NOTICE OF APPEAL

NOW COMES Defendant Agron Mitchell Simpson and appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment entered by the District Court on 28 May 2008. The District Court having already found him to be indigent, the Defendant further asks that appellate fees be waived under the Criminal Justice Act.

        For AGRON MITCHELL SIMPSON, Defendant
        s/James Bryson Clements
        1503 Brady Street
        Davenport, Iowa 52803-4622
        TEL 563-323-9715
        FAX 563-323-7452
        EMAIL jbclements@iabar.org

PROOF OF SERVICE

I certify that on 3 June 2008 I filed this document with the clerk of this Court through the CM/ECF system. All participants in this case are registered CM/ECF users, and service will be through the CM/ECF system.

        s/James Bryson Clements

cc:    Agron M. Simpson
       file (SIMPSONam6077.01)