**UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

_____

No: 08-2256
_____

United States of America,

          Plaintiff - Appellee

          v.

Agron M. Simpson, also known as Mitch,

          Defendant - Appellant
_____

Appeal from U.S. District Court for the Southern District of Iowa - Davenport
(3:00-cr-00246-CRW-1)
_____

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

                                          November 25, 2009

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans