From Ayron Simpson
Case # 3:00-cr-00246

To: Judge Charles R. Wolle
Senior US District Court Judge

To: Whom it May Concern;

My Name is Ayron M Simpson, and I was sentenced in this court 05/17/01 to 235 mo for Conspricy to Distribute Crack Cocaine, it was reduced to 188mo, by this court 06-02-08. I am seekin' the same Public Defender that repesented me in the 1st reduction matter, to seek a further reduction in Light of the New Retroactive "Crack Cocaine" reductions being given to those that qulify. The attorney's name is James B. Clement. Please assist me in this matter as best to your ability. Thank you for your time.

Sincerely
Ayron Simpson

RECEIVED
NOV 21 2011
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Hayon Simpson 08439-030
United States Penitentiary Allenwood
White Deer P.A 17887
P.O. boy 3000

08439-030
USDC Clerk Office
po box 9344
Des Moines, IA - 50306
United States

**MAILED FROM
U.S PENITENTIARY**

