IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

Cr. No.: 3:00-cr-00246-001

Agron M. Simpson,
    Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF THE COURT

This matter comes before the Court pursuant to the government's motion for revocation of the defendant's supervised release. The Court held a hearing on this motion on March 28, 2014. The defendant was represented by Diane Helphrey. The government was represented by Clifford Cronk. The Court found the offender violated his conditions of supervised release.

Upon the foregoing,

**IT IS ORDERED** that the defendant shall participate in a program of curfew supervision for a period of up to 120 days. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance, and provide the U.S. Probation Officer with requested documentation. If required, the defendant shall maintain a telephone at his place of residence without "call forwarding," "call waiting," a modem, "caller ID," or "call back/call block" services for the above period. The defendant shall wear a monitoring device which may include an electronic monitoring device, a global positioning system (GPS) device, random calls, and/or voice verification, and he/she shall follow the monitoring procedures as instructed by the U.S. Probation Officer. The defendant shall pay for the location monitoring equipment at the prevailing rate or in accordance with ability to pay.

DATED this 28th day of March, 2014.

_____
JOHN A. JARVEY
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF IOWA